```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Maurilio Tendilla,                                                 :
:
                     Plaintiff,                    :         18-cv-5991 (AJN)
:
      -v-                                                          :              ORDER
:
1465 Espresso Bar, LLC, *et al.*,                                  :
:
                     Defendants.                   :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      Defendants are hereby ORDERED to respond to Plaintiff's Motion to Enforce the Settlement and Enter Judgment within two weeks of this Order. Plaintiff's reply, if any, is due one week thereafter.

      SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                                  ALISON J. NATHAN
                                             United States District Judge