# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Maurilio Tendilla,

                             Plaintiff,                      18 **CIVIL** 5991 (AJN)

                          -against-                        **JUDGMENT**

1465 Espresso Bar LLC, et al.,

                             Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 1, 2021, Plaintiff's motion to enforce the settlement and enter judgment against Defendants is granted. Judgment is entered against Defendants in the amount of $37,170, which equals $32,500 in the unpaid principal, $3,250 in liquidated damages, and $1,420 in attorney's fees.

**Dated:** New York, New York
           June 1, 2021

                                                     **RUBY J. KRAJICK**
                                                     Clerk of Court
                                       **BY:**
                                                     **Deputy Clerk**